IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 7 2008

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

ANTONIO GOMEZ-NAVARRO,
        Plaintiff(s)

vs.                                  Civil Action No. 7:08CV192

**OFFICE RANDOLPH WATTS ROWLAND, et al.,**
        Defendant(s)

O R D E R

Due to error in the prior Order [11] dated October 6, 2008
that order is hereby vacated, and the Court here now issues this
amended Order.  The Court has before it the plaintiff's stipulation
of dismissal endorsed agreed by counsel for the plaintiff, the City
of Roanoke Police Department and the City of Roanoke, and filed
pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii).  It is
accordingly

ADJUDGED, ORDERED AND DECREED

that this action, as to the aforementioned defendants, shall be,
and it hereby is, dismissed without prejudice, and stricken from
the docket of this Court.

The Clerk is hereby directed to send a certified copy of this
Order to all counsel of record.

Enter this _7th_ day of October, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE